UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Jason Porter

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

# CV 21 5832

JURY DEMAND

YES ✗   NO ____

SEYBERT, J.

-against-

Errol D. Toulon, JR

LINDSAY, M.J.

_____
Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Jason Porter

If you are incarcerated, provide the name of the facility and address:

Riverhead 110 Center DR
Riverhead, NY 11901

Prisoner ID Number: 332580

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____


**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Errol D. Toulon JR
Full Name

Sheriff
Job Title

110 Center DR
Riverhead NY 11901
Address


Defendant No. 2

_____
Full Name

_____
Job Title

_____
Address


Defendant No. 3

_____
Full Name

_____
Job Title

_____

2

| | |
|---|---|
| | Address |

Defendant No. 4

Full Name

Job Title

Address

Defendant No. 5

Full Name

Job Title

Address

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? __Riverhead C.F.__
__110 Center Dr, Riverhead NY 11901__

When did the events happen? (include approximate time and date) __8-21-21__

Facts: (what happened?) See Attached Claim

II.A. **Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Added Mental Anguish, Stress, and Increase in Psycotropic Medican

_____

III. **Relief:** State what relief you are seeking if you prevail on your complaint.

2,000,000# (Two Million Dollars)

_____

I declare under penalty of perjury that on  10-13-21 , I delivered this
complaint to prison authorities at  Riverhead C.F.  to be mailed to the United
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10-7-21

_____
Signature of Plaintiff

Riverhead C.F.
Name of Prison Facility or Address if not incarcerated

110 Center Dr
Riverhead NY 11901

Address

332580
Prisoner ID#

rev. 12/1/2015

5

## Claim

The Plaintiff herein contends that do to Contributory Negligence of the Defendants the Plaintiffs 8th Amendment Right to be free of Cruel and Unusual Punishment have been violated along with the Plaintiffs 6th and 14th Amendment Right to due Process, in such deliberately indifference the Plaintiff, creating Supervisory liability.

For here the Plaintiff was arrested on 6-17-21 and the Mental Health Staff here at Riverhead Correctional Facility have failed to conform to the Requirements of Mental Hygiene law § 47.01(A) and Mental Hygiene law § 1.03 in their duty to Contact Mental Hygiene legal Services to ensure that the Plaintiffs Rights are protected and not being violated civilly.

However seeing that it is not Customary Practice for the Mental Health Staff to Contact Mental Hygiene legal Services on behalf of Mentally ill Prisoners, the Plaintiff is almost certain that the Mental Health Staff here at Riverhead C.F.

ARE NOT EVEN AWARE THAT THE Office of Mental Hygiene legal Services even exists. Do in part to the Defendants failure to train and ensure that the Mental Health Staff are abreast on these policies in such Contributing to the Negligence of the Mental Health Staff and deliBrately indiffering the Plaintiff in the process. For 18-B Attorneys such As the one Appointed to the Plaintiff Do not have a Vested interest in Mental Hygiene law And are not As Skilled in Mental Health Criteria As the Mental Hygiene legal Services Attorneys. Hence the Reasoning Behind the Mental Hygiene laws Sited SupRA.

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: Jason Porter
332580

United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722
Att: Pro Se Office

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 19 2021 ★
LONG ISLAND OFFICE